DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**JSL 1, INC.**, as an entity and doing business as "Sho Mi", **LINCOLN PROPERTIES LTD.**, and **DOES** 1-50, Inclusive,<br><br>　　　　　　　Defendants. | Case No.:  2:19-cv-02500-TLN-CKD<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

　　Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:　March 26th, 2020

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Malakauskas＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　By: Daniel Malakauskas, of,
　　　　　　　　　　　　　　　　　　　　　　　MALAKAUSKAS LAW, APC,
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff