DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Cynthia Hopson**

DAVID ANTHONY RISHWAIN, *Cal. Bar No.:157134*
RISHWAIN & RISHWAIN
2800 West March Lane, Suite 220
Stockton, CA 95219
Tel: 209-473-2800 / Fax: 209-473-2885
Email: david@rishwain.com

*Attorney for Defendant:* **Lincoln Properties, Ltd.**

CLARENCE K. CHAN, *Cal. Bar No.:193244*
LAW OFFICE OF CLARENCE K. CHAN, PROF. CORP.
3247 West March Lane, Suite 120
Stockton, CA 95219
Tel: 209-473-8818 / Fax: 209-473-8819
Email: cchan@chan-law.com

*Attorney for Defendant:* **JSL 1, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> Plaintiff, <br><br> v. <br><br> **JSL 1, INC.**, as an entity and doing business as "Sho Mi", **LINCOLN PROPERTIES LTD.**, and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: 2:19-cv-02500-TLN-CKD <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: May 22nd, 2020

/s/Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

Date: May 22nd, 2020

/s/David Anthony Rishwain
By: David Anthony Rishwain, of,
RISHWAIN & RISHWAIN,
Attorney for Defendant: *Lincoln Properties, Ltd.*

Date: May 22nd, 2020

/s/Clarence K. Chan
By: Clarence K. Chan, of,
LAW OFFICE OF CLARENCE K. CHAN, PROF. CORP.,
Attorney for Defendant: *JSL 1, Inc.*